```
USDC SDNY
DOCUMENT  BATTS
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

GERALD GELDZAHLER,

        Plaintiff,

v.

NEW YORK MEDICAL COLLEGE, DR.
JOSEPH MORALES, DR. JAY P.
GOLDSMITH,

        Defendants.

----------------------------------------x

09 Civ. 1791 (DAB)

**STIPULATION EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the respective parties in the above-captioned matter that the time for Defendants to answer, move or otherwise respond to the Complaint be extended from July 9, 2009 to July 31, 2009. We have not previously requested an extension.

Defendants' waive any objections to service of process and venue.

Dated: New York, New York
      July 2, 2009

By: _____
    Gerald Geldzahler
16 Notch Hill Drive
Livingston, New Jersey 07039
(973) 992-2053
  Pro Se

Dated: New York, New York
      July 1, 2009

KELLEY DRYE & WARREN LLP

By: _____
    Lisa M. Harris
101 Park Avenue
New York, New York 10178
(212) 808-7671
  Attorneys for Defendants

SO ORDERED: _____
      Deborah A. Batts, U.S.D.J.
      7/14/09