UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERALD GELDZAHLER,

    Plaintiff,

-against-

NEW YORK MEDICAL COLLEGE, DR. JOSEPH MORALES, and DR. JAY P. GOLDSMITH,

    Defendants.

09 Civ. 1791 (AJP)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE,** that Kevin J. Smith, of Kelley Drye & Warren, LLP hereby appears on behalf of Defendants, New York Medical College, Dr. Joseph Morales and Dr. Jay P. Goldsmith, in the above-entitled action, and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served on the undersigned at the office and address stated below.

Dated: New York, New York
       November 11, 2009

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: _____
    Kevin J. Smith

101 Park Avenue
New York, NY 10178
(212) 808-7800
*Attorneys for Defendants*

NY01/HARRL/1385088.1